**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MAIN STREET RENEWAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY and ATLANTIC CASUALTY INSURANCE COMPANY,<br><br>Defendants. | CAUSE NO. 4:26-cv-1385 |

## NOTICE OF REMOVAL

Defendant Atlantic Casualty Insurance Company ("ACIC"), files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and in support hereof states:

### Nature of the Action

1. The removed case is a civil action filed on June 10, 2026, in the Circuit Court of St Charles County, Missouri, styled *Main Street Renewal LLC v. United Financial Casualty Company and Atlantic Casualty Insurance Company*, Cause Number 2611-CC00807 (the "State Court Action").

2. The State Court Action involves claims made by and on behalf of Plaintiff Main Street Renewal LLC, against Defendants seeking damages for allegations of breach of contract and vexatious refusal to pay.

### Timely Filed

3. ACIC was served with Main Street Renewal LLC's Petition in the State Court Action on July 31, 2026.

4. This Notice of Removal is timely pursuant to 28 U.S.C. §1446(b) as it is filed within 30 days after the receipt by ACIC of a copy of the initial pleading setting forth the claim for relief upon which this action is based.

**Grounds for Removal**

5. The United States District Court for the Eastern District of Missouri has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because this is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, and is between citizens of different states.

**Diversity of Citizenship and Amount in Controversy**

6. Upon information and belief, Main Street Renewal LLC is a foreign limited liability company and a citizen of Delaware.

7. United Financial Casualty Company is a foreign insurance company and a citizen of Ohio.

8. ACIC is a foreign insurance company and a citizen of North Carolina.

9. Jurisdiction in this Court is proper as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1), exclusive of interest and costs.

**State Court Proceeding**

10. A copy of all process, pleadings, orders and other documents on file in the State Court Action, together with a copy of the state court's docket sheet, are attached hereto.

**Notice of Filing**

11. A Notice of Filing of this Notice of Removal was filed with the Clerk of the Circuit Court of St. Charles County, Missouri and emailed to the Plaintiff, through counsel.

**Jury Demand**

12. ACIC requests that this matter be tried by a jury.

WHEREFORE, Defendant ACIC respectfully requests that this action now pending in the Circuit Court of St. Charles County, Missouri be removed to the United States District Court for the Eastern District of Missouri, that this Court accept jurisdiction of this action, and that this action be placed upon the docket of this Court for further proceedings as though this action were originally filed in this Court.

Respectfully Submitted,

GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, P.C.

/s/ *Carolyn J. Geoghegan*
Carolyn J. Geoghegan, #49865(MO)
Frederich "Fritz" J. Autrey, #74196(MO)
222 S. Central Avenue, Suite 1110
St. Louis, Missouri 63105
Telephone: (314) 725-0525
Facsimile: (314) 725-7150
cgeoghegan@gallowaylawfirm.com
fautrey@gallowaylawfirm.com
*Attorneys for Defendant ACIC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served electronically via operation of the Court's CM/ECF system to all counsel of record, this 28th day of August 2026.

/s/ *Carolyn J. Geoghegan*